UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA INDEPENDENT PHARMACIES ASSOCIATION, INC.** <br> **Plaintiff** <br> versus <br><br> **CATAMARAN CORPORATION, PRIME THERAPEUTICS LLC, CAREMARK-PCS HEALTH, LLC, and PERFORMRX, LLC** <br> **Defendants** | **CIVIL ACTION NO.: 14- 598** <br><br> **JUDGE JOHN W. deGRAVELLES** <br><br> **MAG. JUDGE REIDLINGER** |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT** comes Defendant, Prime Therapeutics LLC ("Prime"), through undersigned counsel, who submits the following corporate disclosure in accordance with Federal Rule of Civil Procedure 7.1:

1.

Defendant, Prime, is a non-Louisiana limited liability company.

2.

Defendant, Prime, has no parent company, nor is there a publicly held corporation owning 10% or more of Prime.

Respectfully submitted, this 22 day of September, 2014.

**ADAMS AND REESE LLP**

*/s/ Robert L. Rieger, Jr.*
ROBERT L. RIEGER, JR. (#18404)
SCOTT M. LEVY (#33243)
KELLEN J. MATHEWS (#31860)
REBECCA G. SMITH (#35331)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 378-3257
Facsimile: (225) 336-5143
*Counsel for Prime Therapeutics LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties of record by operation of the Court's electronic filing system.

                                                */s/ Robert L. Rieger, Jr.*
                                                ROBERT L. RIEGER, JR.