UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA INDEPENDENT
PHARMACIES ASSOCIATION, INC.

VERSUS

CATAMARAN CORPORATION,
PRIME THERAPEUTICS, LLC,
CAREMARK-PCS HEALTH, LLC, AND
PERFORMRX, LLC

CIVIL ACTION

NO. 14-598-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 20, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is GRANTED and this action is remanded to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana the 27 day of April, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 28.
[3] Rec. Doc. 11.